UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID STEPHENS,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>SEATTLE CITY EMPLOYEES RETIREMENT SYSTEM,<br><br>Garnishee. | NO. 2:19-MC-00067-RSL<br><br>(2:15-CR-00099-MJP-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Seattle City Employees Retirement System, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Seattle City Employees Retirement System filed its Answer on August 7, 2019, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control a Seattle City Employees Retirement System account, with a lump sum withdrawal value of $102,805.84, as of July 26, 2019, in which

CONTINUING GARNISHMENT ORDER (*USA v. David Stephens & Seattle City Employees Retirement System, Court Nos*. **2:15-CR-00099-MJP-1 / 2:19-MC-00067-RSL) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Defendant/Judgment Debtor David Stephens maintains an interest, less $46,240.12 owed to an alternate payee.

After notification of the garnishment proceeding was mailed to Defendant/Judgment Debtor Stephens on or about June 24, 2019, Mr. Stephens has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Seattle City Employees Retirement System, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, including, but not limited to, the Seattle City Employees Retirement System account, in which the Defendant/Judgment Debtor maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Stephens' restitution balance in full;

That such payment(s) shall be applied to Defendant/Judgment Debtor Stephens' outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:15-CR-00099-MJP-1 and 2:19-MC-00067-RSL, and to deliver such payment either personally or by First Class Mail to:

CONTINUING GARNISHMENT ORDER (*USA v. David Stephens & Seattle City Employees Retirement System, Court Nos*. **2:15-CR-00099-MJP-1 / 2:19-MC-00067-RSL**) **- 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101


Dated this 30th day of October, 2019.


*MM S Lasnik*

ROBERT S. LASNIK
United States District Court Judge


Presented by:


s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER (***USA v. David Stephens*
*& Seattle City Employees Retirement System, Court Nos***. 2:15-CR-00099-MJP-1 /**
**2:19-MC-00067-RSL) - 3**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**